IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>ALBERT LOUIS AARON BURKS AND DAVID GERMANY | Criminal Action No.<br><br>1:26-CR-359 |

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure,

Northside Hospital, Inc., who has
(company name)

been identified as an organizational victim in the above-captioned case, makes the following disclosure:

1. Is the victim a corporation? **Yes.**

2. List any parent corporation or state that there is no such corporation:

**There is no parent corporation to Northside Hospital, Inc.**

3. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:

**There is no such corporation.**

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

Ashley D. Alfonso
Vice President of Legal Services and Risk Management
Northside Hospital, Inc.

Signature

8/27/26
Date

Submitted by:
CATHELYNN TIO
*Assistant United States Attorney*